No. 946. TOWN OF BRIDGEWATER, VIRGINIA, CHESAPEAKE WESTERN RAILWAY AND THE NORTH RIVER ELECTRIC COMPANY *v.* W. M. JARDINE, SECRETARY OF AGRICULTURE OF THE UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Raymond M. Hudson* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Parmenter,* and *Mr. Harry S. Underwood,* Special Assistant to the Attorney General, for respondent.

No. 947. UNITED STATES EX REL. HELEN RAUCH *v.* JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS AND AGENT OF THE PRESIDENT. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Raymond M. Hudson* for petitioner. *Mr. A. A. McLaughlin* for respondent.

No. 948. RICHARD J. WHITTAKER, AS ADMINISTRATOR OF THE ESTATE OF THOMAS COMMERFORD, DECEASED, *v.* UNITED STATES FIDELITY & GUARANTY COMPANY. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Joseph W. Cox* and *G. Carroll Todd* for petitioner. *Mr. M. S. Gunn* for respondent.

No. 950. CHRISTIAN J. RASMUSSEN *v.* UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Lane Summers* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.